UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HELEN ANUSIONWU                                                    PLAINTIFF

V.                                   CIVIL ACTION NO.: 3:20CV758-TSL-MTP

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

ORDER

This cause is before the court on the objections of plaintiff Helen Anusionwu to the June 6, 2022 report and recommendation of United States Magistrate Judge Michael T. Parker, recommending that the commissioner's decision be affirmed and that the appeal be dismissed with prejudice. Having considered the objections, the court concludes that they are not well taken, for the reasons set forth in the report and recommendation, and will be overruled. The court further concludes that the report and recommendation should be adopted as the opinion of the court and the appeal will be dismissed with prejudice.

Accordingly, it is ordered that plaintiff's objections are overruled. It is further ordered that the June 6, 2022 report and recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the findings of the court. It follows then that the appeal is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of August, 2022.

                                                /s/ Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE